UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALVIN MEAD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-3058** |
| **WARDEN BURL CAIN** | **SECTION "T"(4)** |

## ORDER

The Court having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's Opposition to the Magistrate's Report and Recommendation, finds that no new issues of law or fact have been raised and hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that petition of Alvin Mead for issuance of a Writ of Habeas Corpus under 28 U.S.C. § 2254 is hereby **DENIED WITH PREJUDICE** as time-barred..

New Orleans, Louisiana, this 25th day of January, 2006

_____
**G. THOMAS PORTEOUS, JR.**
**UNITED STATES DISTRICT JUDGE**